# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID HEMPHILL,
        Plaintiff,

v.                                                              Case No. 06C0657

PIER WISCONSIN and INTERNATIONAL
MARINE UNDERWRITERS,
        Defendants.

## ORDER

On February 9, 2007, defendants filed a motion to extend fact discovery through April 15, 2007, and a motion to compel plaintiffs to respond to outstanding written discovery requests and to provide defendants with the location of an individual for the purpose of subpoenaing medical records. Defendants filed such motions pursuant to Civil L.R. 7.4; as such, plaintiff's response to the motions was due on February 14, 2007. To date, plaintiff has not responded to the motions.

Therefore,

**IT IS ORDERED** that defendants' motion to extend fact discovery is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants' motion to compel is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 6 day of March, 2007.

/s_____
LYNN ADELMAN
District Judge