**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

DAVID HEMPHILL,
        Plaintiff,

v.                                     Case No. 06-CV-657

PIER WISCONSIN,
        Defendant.

---

## ORDER RETURNING CASE

On July 19, 2007, a mediation/settlement conference was conducted in this action. The mediation/settlement conference resulted in resolution of plaintiff's claims.

Accordingly, this action is referred back to the Honorable Lynn Adelman for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>19th</u> day of July, 2007.

                                    BY THE COURT:

                                  <u>s/AARON E. GOODSTEIN</u>
                                  United States Magistrate Judge